CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
June 10, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **CHRISTOPHER C. COUNTS,** | )<br>) |
| Plaintiff, | )   Case No. 1:23CV00013<br>) |
| v. | )   **ORDER**<br>) |
| **MARTIN J. O'MALLEY,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,** | )   JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed April 10, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.   The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2.   The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER:   June 10, 2024

/s/  JAMES P. JONES
Senior United States District Judge